UNITED STATES DISTRICT COURT

DISTRICT OF NEW JERSEY

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>GABRIEL PEREZ,<br><br>Defendant. | Mag. No. 25-6019 (JTQ)<br><br>ORDER MODIFYING CONDITIONS OF RELEASE TO PERMIT OUT OF STATE TRAVEL |

**THIS MATTER** having come before the Court on application of the defendant Gabriel Perez ("Mr. Perez") for modification of his bail terms by and through his attorneys, Calcagni Kanefsky, LLP (Ray A. Mateo, Esq., appearing), and the United States Attorney's Office for the District of New Jersey, Matthew Belgiovine, A.U.S.A., consenting to the below modifications;

**WHEREAS,** Mr. Perez's travel is currently restricted to the State of New Jersey pursuant to the Order Setting Conditions of Release entered by Your Honor on March 3, 2025, Docket Entry No. 11 (the "Release Order");

**WHEREAS,** Mr. Perez is seeking permission to travel out of state for medical purposes;

**IT IS** on this 3rd day of June 2025,

**ORDERED** that Mr. Perez's bail conditions be amended as follows:

a. Travel restricted to the District of New Jersey, unless preapproved by Pretrial Services.

**IT IS FURTHER ORDERED** that all other bail conditions remain in place.

DATE: 7/3/2025

_____
HON. JUSTIN T. QUINN, U.S.M.J.

We hereby consent to the form
and entry of the within Order:

CALCAGNI AND KANEFSKY, LLP
Attorney for Defendant Gabriel Perez

By: _____
Ray A. Mateo, Esq.
Date: 06/30/2025

UNITED STATES ATTORNEY'S OFFICE FOR THE DISTRICT OF NEW JERSEY

By:      /s/ Matthew J. Belgiovine
Matthew Belgiovine, A.U.S.A.
Date: 06/30/2025

2